IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
01 JUL 27 PM 4:18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

| | | |
|---|---|---|
| **JEFFREY L. BUEHLER,**<br>Plaintiff, | : | **CIVIL NO. 4-01-CV 80233** |
| vs. | : | |
| **FBL FINANCIAL GROUP, INC., et al.,**<br>Defendants. | : | **MOTION TO STAY PROCEEDINGS** |

COMES NOW the Plaintiff in the above-captioned matter and hereby moves to stay the proceedings and, in support of this Motion, states as follows:

1. Plaintiff is in the process of preparing a Motion to Reverse Removal and send this case back to State Court.

2. That such motion will be based upon the fact that this Court lacks subject matter jurisdiction and is not an ERISA case as claimed by Defendant, as well as the fact that removal was done improperly and without proper notice to Plaintiff.

3. That Plaintiff needs an additional thirty (30) days to complete such motion and believes that other court proceedings should be stayed so that he is not prejudiced or estopped from making the notice argument by participating in the court procedures.

WHEREFORE, Plaintiff requests that the Court proceedings in this matter be stayed for sixty (60) days while the above-described motion is filed and considered by this court, and for such further and other relief as the Court may deem equitable in the premises.

Respectfully submitted,

*Jeff Carter (BRS)*
Jeff Carter PK 00011395
630 Insurance Exchange Building
505 5th Avenue
Des Moines, Iowa 50309
(515) 557-1960
ATTORNEY FOR PLAINTIFF

Pleading # 8